# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Lazcano,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Henhouse Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-22-01802-PHX-ASB<br><br>**ORDER** |

　　　　Before the Court is the Parties' Joint Stipulation for Dismissal With Prejudice (Doc. 40). Good cause appearing, the Court accepts the parties' stipulation.

　　　　**IT IS ORDERED** granting the Stipulation for Dismissal With Prejudice (Doc. 40) and dismissing this action, with prejudice, in its entirety, and with each party to bear its own costs and attorneys' fees.

　　　　**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

　　　　Dated this 6th day of September, 2023.

_____
Honorable Alison S. Bachus
United States Magistrate Judge